UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHRIS BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>MILPITAS POLICE OFFICERS,<br><br>        Defendants.<br>_____/ | No. C-14-0096 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

      This *pro se* civil action was filed on January 7, 2014, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: March 21, 2014

                                              _____
                                              EDWARD M. CHEN
                                              United States District Judge